# United States Court of Appeals

### For the Eighth Circuit

_____

No. 19-2314

_____

Gerald Richter

*Petitioner - Appellant*

v.

Lawrence A. Richter, Trustee of Donald H. Richter Revocable Living Trust dated
March 31, 2011 as amended, et al; Waldemar B. Senyk, District Court Judge,
Seventh Judicial District, State of Minnesota

*Respondents - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: January 24, 2020
Filed: January 29, 2020
[Unpublished]

_____

Before LOKEN, ERICKSON, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Gerald Richter appeals the district court's[1] dismissal of his pro se civil action raising claims related to a prior Minnesota state-court judgment. Upon carefully reviewing the record and the parties' arguments on appeal, we find no basis for reversal. See Gisslen v. City of Crystal, Minn., 345 F.3d 624, 626-27 (8th Cir. 2003) (standard of review; district courts have no authority to review state-court decisions because federal jurisdiction to review state-court judgments is vested exclusively in United States Supreme Court). Accordingly, we affirm. See 8th Cir. R. 47B.

---

[1] The Honorable Eric C. Tostrud, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Leo I. Brisbois, United States Magistrate Judge for the District of Minnesota.